IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROBERT T. COLES, et al., ) | |
| ) | Case No. 4:05-CV-00063 |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SMURFIT STONE CONTAINER ) | |
| CORPORATION, UNITED STATES ) | By: Jackson L. Kiser |
| POSTAL SERVICE, INTERNAL ) | Senior United States District Judge |
| REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |

Before this Court are the following *Motions*: the Federal Defendants' *Motion to Dismiss* [10], Smurfit Stone's *Motion for Judgment on the Pleadings* [12], the Federal Defendants' *Second Motion to Dismiss* [19], and Smurfit Stone's *Motion to Dismiss* [22]. A hearing on the *Motions* was held on May 2, 2006 and the *Motions* are now ripe for judgment.

For the reasons stated in the accompanying *Memorandum Opinion*, the Federal Defendants' *Motion to Dismiss* is hereby **dismissed as moot**, Smurfit Stone's *Motion for Judgment on the Pleadings* is hereby **denied**, the Federal Defendants' *Second Motion to Dismiss* is hereby **dismissed as moot**, Smurfit Stone's *Motion to Dismiss* is hereby **denied**, and the Federal Defendants are hereby **dismissed** from this case.

The Clerk of the Court is hereby directed to send a certified copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 23rd day of May, 2006.

s/Jackson L. Kiser
Senior United States District Judge