IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ROBERT T. COLES, et. al., ) | Case No. 4:05CV00063 |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SMURFIT-STONE CONTAINER CORP., ) | By: Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendants. ) | |

Before me now is Defendant's Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 13th day of October, 2006.

                                                              s/Jackson L. Kiser
                                                              Senior United States District Judge